# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

<u>United States of America,</u>
PLAINTIFF,

CR 18-01786-TUC-JAS

vs.

*WITNESS LIST*

<u>Michael Feinberg & Betsy Feinberg</u>
DEFENDANTS.

| PRESIDING JUDGE<br>James A. Soto | COURTROOM DEPUTY<br>Tiffany Dame | COURT REPORTER<br>Cindy Shearman |
|---|---|---|
| TRIAL DATE(S)<br>March 29, 2022 | PLAINTIFF ATTORNEY(S)<br>Jane Westby and Jackson Stephens | DEFENDANT ATTORNEY(S)<br>Lance Wood, Attorney for Michael Feinberg;<br>Saul Huerta, Attorney for Betsy Feinberg |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | | | Matthew Auckerman, FBI Forensic Accountant | |
| 2 | | | | Anthony Bottar | |
| 3 | | | | Toni Brown, Investigator, Arizona Corporation Commission | |
| 4 | | | | William Cole | |
| 5 | | | | Daniel Cohen | |
| 6 | | | | Fred Dufresne | |
| 7 | | | | Peter Gassner | |
| 8 | | | | Todd Geiler | |
| 9 | | | | James Hopson | |
| 10 | | | | David Horn | |
| 11 | | | | Martha Mertz | |
| 12 | | | | Mary Miles (Video) | |
| 13 | | | | Steve Morris, Special Agent, FBI | |
| 14 | | | | Charles Murcko | |
| 15 | | | | Elizabeth Petta | |
| 16 | | | | John Reid | |
| 17 | | | | Roger Shlonsky | |
| 18 | | | | Christi Seresun | |

March 28, 2022

## WITNESS LIST CONTINUED

| United States of America v. Feinberg et. al | | | | CR 18-01786-JAS-DTF | *pg. 2* |
|---|---|---|---|---|---|
| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
| 19 | | | | Milton Small | |
| 20 | | | | Ernest Strauch | |
| 21 | | | | Jeffrey Summers | |
| 22 | | | | Jan Van Gorder | |
| 23 | | | | Dottie Webster | |
| 24 | | | | Peter Wolf | |
| 25 | | | | Devin T. Ferreira, Reverse Engineer, Cloudburst Security (FBI Cyber Technical Analysis Unit) | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

March 28, 2022