☒ FILED  ☐ LODGED
**Apr 07 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Feinberg – 001,<br><br>　　　　Defendants. | No. CR-18-01786-001-TUC-JAS (DTF)<br><br>**VERDICT** |

WE THE JURY FIND THE DEFENDANT, MICHAEL FEINBERG,

### COUNT ONE
__GUILTY_____, as charged in Count One of the Indictment charging
(NOT GUILTY / GUILTY)
Conspiracy to Commit Wire Fraud.

### COUNT FOUR
__GUILTY_____, as charged in Count Four of the Indictment charging
(NOT GUILTY /GUILTY)
Conspiracy to Commit Securities Fraud.

## COUNT FIVE

__GUILTY__, as charged in Count Five of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about October 5, 2012, relating to the:

Deposit of $50,000 into Bank of America from B.L.

## COUNT EIGHT

__GUILTY__, as charged in Count Eight of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about March 11, 2013, relating to the:

Deposit of $10,000 into Bank of America from M.M.

## COUNT TEN

__GUILTY__, as charged in Count Ten of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about April 1, 2013, relating to the:

Deposit of $15,000 into Bank of America from J.V.

## COUNT THIRTEEN

__GUILTY__, as charged in Count Thirteen of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about July 29, 2013, relating to the:

Deposit of $25,000 into Bank of America from A.B.

## COUNT FIFTEEN

__GUILTY__, as charged in Count Fifteen of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about October 4, 2013, relating to the:

Deposit of $5,000 into Bank of America from J.H.

__# 42__  
Juror Number

__APRIL 7, 2022__  
Date